Louis J. Viehmann, Respondent, v. Louis A. M. Bushnell, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Jacob L. Wollenberg and Louis J. Wollenberg, Copartners in Business under the Firm Name and Style of Wollenberg & Son, Respondents, v. Pearl-Willoughby Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Catherine Louise Cameron, Appellant, v. Cornelius Cameron, Respondent.*— Order denying motion to amend judgment of divorce reversed upon the law and the facts, with ten dollars costs and disbursements; motion granted, with ten dollars costs, and judgment amended so as to provide that defendant shall pay to plaintiff the sum of one hundred dollars a month beginning June 21, 1931. The record shows circumstances that require a reversal of the order. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur. Settle order on notice.

Fannie Goldstein, Respondent, v. George Goldsmith and Others, Appellants.— Order denying defendants' motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements; defendants may serve their answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Samuel Leffler, as Administrator, etc., of Lillian Leffler, Deceased, Appellant, v. Abraham Rabinowitz, Respondent.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. The plaintiff proved facts sufficient to constitute a cause of action requiring the submission thereof to the jury. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Samuel Leffler, Appellant, v. Abraham Rabinowitz, Respondent.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. The plaintiff proved facts sufficient to constitute a cause of action requiring the submission thereof to the jury. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Maresi Mazzetti Corporation, Appellant, v. Regina Blank, Respondent. Regina Blank, Respondent, v. Maresi Mazzetti Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

The People of the State of New York, Respondent, v. Walter L. Buchanan and Finn Arenfeldt Omdal, Individually and as Copartners Doing Business under the Firm Name and Style of Buchanan & Company, and Others, Defendants. Walter L. Buchanan, Appellant.— Order and order as resettled, denying motion for a change of venue, affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Walter C. Simmons, Appellant, v. Florence R. Simmons, Respondent.— Order modified so as to provide that the amount of alimony be reduced to forty dollars a week, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Aida Sloan Antonowsky, Respondent, v. Benjamin S. Antonowsky, Appel-

---

* Affd., 258 N. Y. 626.